**Order filed August 2, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00708-CV

———————

### WEST GULF MARINE, LTD., Appellant

### V.

### TEXAS GENERAL LAND OFFICE AND GEORGE P. BUSH, Appellees

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-1681**

## ORDER

This is an appeal from an interlocutory order signed August 14, 2019. The notice of appeal was due September 3, 2019. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed his notice of appeal on September 13, 2019, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center*

*Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.